IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

)
)
)
)
)
) Civil No
)
) JUDGE
)
) JURY DEMAND
)
)
)
)
)
)
)
)

David Edward Chute And )
Kathleen Patricia Chute Pro Se )
)
)
V, )
)
)
JEREME ODOM AS AN INDIVIDUAL )
)
CAPE TAYLOR AS AN INDIVIDUAL )
)
TIM CLEVELAND AS AN INDIVIDUAL )
)
STEVE PATRICK AS AN INDIVIDUAL )
)
ED CARTER AS AN INDIVIDUAL )
)
JOHN DOE WITH THE MONTGOMERY )
COUNTY EMERGENCY SERVICE )
AS AN INDIVIDUAL )
)
THE COUNTY OF MONTGOMERY )
)
THE CITY OF CLARKSVILLE )
)
THE STATE OF TENNESSEE )

# COMPLAINT

DAVID AND KATHLEEN CHUTE NOW BRINGS THIS COMPLAINT IN JOINING ADDITIONAL PARTIES IN PURSUANT TO RULE 19 (i) AGAINST JEREME ODOM AS AN INDIVIDUAL, CAPE TAYLOR AS AN INDIVIDUAL, TIM CLEVELAND AS AN INDIVIDUAL, STEVE PATRICK AS AN INDIVIDUAL, ED CARTER AS AN INDIVIDUAL, JOHN DOE WITH THE MONTGOMERY ,COUNTY EMERGENCY SERVICE AS AN INDIVIDUAL, THE COUNTY OF MONTGOMERY,THE CITY OF CLARKSVILLE AND THE STATE OF TENNESSEE

## NATURE OF ACTION

Jereme Odom *et al.* have so willfully violated the Civil Rights Liberties and Freedoms of the Plaintiffs in pursuant to 42 U.S.C § 1983 , 18 U.S.C §§ 241,242, 245

All The defendants were put on notice in writing of the Violation and ongoing Harassment stalking cyber Stalking threating taunting what otherwise puts the plaintiffs in intimate harm in past and present dangerous et al.

## Statement of Facts

1. Jereme Odom et al. While "under color" So Violating our First Amendment Rights On March 12th 2011 by way of instilling fear ,simple assault ,limiting Our freedom of movement ,freedom of expression, freedom of the press and the destruction of Kathleen's work product property by willfully ordering and threating her

2. Jereme Odom *et al.* Willfully made us a party to a crime, in 2006 by way of inviting us to document the burning of rubber tires in violation of the Clean Air Act while "Under Color" jeopardizing our lives, destroying the air quality around him et al. It does seem that he knew this was a criminal act as He is heard on the video Stating "Are you taping?, Don't get the tires"

3. We became aware the burning was a crime, December 2011 in which on that day it was reported to the EPA crime division and sent to the Attorney general's office See Video disk Exhibit B

4. Jereme Odom et al. Has effected People While "under color" to the level as to the loss of our everyday enjoyment and a long time, dear friend and part of our family, whom wants nothing to do with controversy

5. Jereme Odom et al has used the internet as to stalk us.

6. Jereme Odom has used through second and third parties to harass us online

7. Jereme Odom et al had removed Kathleen from Photography Teacher for the second annual Tennessee outdoor youth summit immediately after the march 12 2011 deletion of Photos

8. Jereme Odom et al removed framed Photographs I was able to sell in April from the Montgomery County Shooting Complex in April while I was suffering cancer

Page 3 of 6

Case 3:12-cv-00607   Document 1   Filed 06/13/12   Page 3 of 6 PageID #: 3

9. In April 18th 2011 We were made aware Kathleen contracted bladder cancer and has undergone two surgeries . It was performed June then September a (TURBT) Transurethral Resection Of Bladder Tumour and a complete radical cystectomy with a urinary diversion and Kathleen's Doctor Joseph A Smith Jr. M.D. <u>CANNOT EXCLUDE</u> the exposer of incinerated tires and environmental carcinogens being contributory to her Condition see Exhibit C

10. In 2012 there was a Lung and thyroid nodule found in David Chute

11. Jereme et al acted in a way to deprive me of my rights and freedoms "under color"

12. Under "Precarious Liability" did state and local authorities allow these deprivations to occur

13. Jereme Odom et al. designed a shooting range that violates The Clean Water Act (CWA) We Sent the state a sixty day notice to sue for serious violations under the (CWA) On April 23and is a clear and present danger to human life and US waters

14. Jereme Odom in concert et al did so harass us While suffering Cancer, my entire hunting season by police misconduct and inappropriate use of professional law enforcement equipment and uniform "while under color"

## JURISDICTION

Under 28 U.S.C.A. § 1331 (1993), U.S. district courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." et al

## THEREFORE

All Parties Named in this suit played a role in the extreme violations cited here in this claim and be Made Party to The suite

## PRAYER FOR RELIEF

$10,000,000.00 (Ten Million Dollars)

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), of all issues in its counterclaim and complaint that are triable by a jury.

FURTHER, AFFIANT SAYETH NOT

DAVID EDWARD CHUTE And

KATHLEEN PATRICIA CHUTE Pro Se

PERSONALLY APPEARED BEFORE ME, a Notary Public, the above signed affiant. SWORN TO AND

SUBSCRIBED before me on June 8, 2012

NOTARY PUBLIC

My commission expires: 6/16/2013

David and Kathleen Chute
2144 River Rd Clarksville Tn 37040
931-906-1559
E mail fawn@runwiththewild.com