IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| David Edward Chute and<br>Kathleen Patricia Chute<br><br>Plaintiffs'<br><br>V.<br><br>Jereme Odom, Cape Taylor,<br>Tim Cleveland, Steve Patrick,<br>Ed Carter, John Doe with the<br>Montgomery County EMS,<br>The County Of Montgomery<br>The City Of Clarksville<br>The State Of Tennessee<br><br>Defendants' | Case Civil 3:12-CV-0607<br>**JURY DEMAND**<br>Judge Trauger |

Dear Mr. Olson,

I would like you to either confirm or deny, if you are representing Mr. Odom in the above styled action.

Thank You Kathleen Chute

s/Kathleen Patricia Chute  Pro Se"

2144 River Rd Clarksville TN 37040-7253

931-906-1559

me@metennessee.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been delivered to the following Court's electronic filing system or other appropriate means:

| | |
|---|---|
| Lance A. Baker<br><br>John T. Eskew<br><br>City of Clarksville<br><br>One Public Square, Ste 401<br><br>Clarksville, TN 37040<br><br>*Attorneys for City of Clarksville* | Lance A. Baker<br><br>John T. Eskew<br><br>City of Clarksville<br><br>One Public Square, Suite 401<br><br>Clarksville, TN 37040<br><br>*Attorneys for City of Clarksville* |
| Dawn Marie Jordan Tennessee Attorney General's Office P.O. Box 20207 Nashville, TN 37202<br><br>*Attorney for Defendants Jereme Odom, Cape-Taylor, Tim Cleveland, Steve Patrick, Ed Carter and The State of Tennessee* | Mark Nolan,<br><br>Kathryn W. Olita,<br><br>Attorney for Defendant Montgomery County, Tennessee<br><br>121 South Third Street Clarksville, Tennessee 37040<br><br>(931)647-1501 |
| | Mark Olson<br><br>Olson & Olson, PLC<br><br>112 South Second Street, Ste 200<br><br>Clarksville, TN 37040<br><br>*Attorney for Jereme Odom* |

On this 14th Day of July 2012

s/David Edward and Kathleen Patricia Chute Pro Se

David Edward and Kathleen Patricia Chute

2144 River Rd

Clarksville Tn

37040-7253

me@metennessee.com

931-906-1559