IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| David Edward Chute and Kathleen Patricia Chute | |
| Plaintiffs' | Case Civil 3:12-CV-0607 **JURY DEMAND** Judge Trauger |
| V. | |
| Jereme Odom, Cape Taylor, Tim Cleveland, Steve Patrick, Ed Carter, John Doe With The Montgomery County EMS, The County Of Montgomery The City Of Clarksville The State Of Tennessee | |
| Defendants' | |

# **LETTER TO CLARIFY**

The Plaintiffs would respectfully like to clarify the date of the shooting. The Mary L Barge shooting occurred on **March 12th 2011**.

We have written the March 11th 2011 in the past and in many documents.

This confusion is due to the year change and the time elapsed. This letter is to make the date clear; as human error will occur.

**March 12th 2011** is Date of the shooting and the beginning date of our injury and claim.

The Plaintiffs noted the error in our motions to leave and will take great care to resolve the problem from reoccurring in the future.

Respectfully submitted,

s/David Edward Chute and Kathleen Patricia Chute "Pro Se"

David Edward Chute and Kathleen Patricia Chute

2144 River Rd Clarksville Tn 37040-7253

931-906-1559

[me@metennessee.com](mailto:me@metennessee.com)

**s/David Edward and Kathleen Patricia Chute "Pro Se"**

David Edward and Kathleen Patricia Chute "Pro Se"

2144 River Rd , Clarksville TN 37040-7253

931-906-1559 Me@metennessee.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been delivered to the following

Court's electronic filing system or other appropriate means:

| | |
|---|---|
| Lance A. Baker<br><br>John T. Eskew<br><br>City of Clarksville<br><br>One Public Square, Ste 401<br><br>Clarksville, TN 37040<br><br>*Attorneys for City of Clarksville* | Lance A. Baker<br><br>John T. Eskew<br><br>City of Clarksville<br><br>One Public Square, Suite 401<br><br>Clarksville, TN 37040<br><br>*Attorneys for City of Clarksville* |
| Dawn Marie Jordan Tennessee Attorney General's Office P.O. Box 20207 Nashville, TN 37202<br><br>*Attorney for Defendants Jereme Odom,Cape-Taylor,Tim Cleveland, Steve Patrick, Ed Carter and The* | Mark Nolan,<br><br>Kathryn W. Olita,<br><br>Attorney for Defendant Montgomery County, Tennessee<br><br>121 South Third Street Clarksville, Tennessee 37040 |

| *State of Tennessee* | (931)647-1501 |
|---|---|
|  |  |

On this 11th Day of August 2012.

s/David Edward and Kathleen Patricia Chute Pro Se"

David Edward and Kathleen Patricia Chute "Pro Se"

2144 River Rd Clarksville Tn

37040-7253

me@metennessee.com        931-906-1559

**s/David Edward and Kathleen Patricia Chute "Pro Se"**

David Edward and Kathleen Patricia Chute "Pro Se"

2144 River Rd , Clarksville TN 37040-7253

931-906-1559 Me@metennessee.com