UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID CHUTE, et al.,              )
                                  )
     Plaintiffs,                  )
                                  )
          v.                      )   NO.  3:12-0607
                                  )
JEREME ODOM, et al.,              )   Judge Trauger/Bryant
                                  )
     Defendants.                  )

### MEMORANDUM AND ORDER

Plaintiffs have filed two motions seeking leave to file manually certain compact discs (Docket Entry Nos. 60 and 63). Defendants have filed no response in opposition.

In the first of these two motions (Docket Entry No. 60), plaintiffs seek leave to file one CD and one DVD purportedly of the proceedings on July 4 and July 24, 2012, in a case involving plaintiffs and defendant Odom in the General Sessions Court of Montgomery County, Tennessee. Additionally, plaintiffs seek leave to file one DVD allegedly showing defendant Odom burning rubber tires.

Local Rule 5.02, which governs the filing of certain discovery information in the Court's record, provides generally that discovery materials "shall not be filed with the Clerk's Office, except in support of or in opposition to a motion or by order of the Court." This local rule is designed to prevent unnecessary clutter in the Court file and unnecessary work for the Clerk's office. The undersigned finds that, at present, no motion is currently pending that would make the contents of the two DVDs and the one CD offered by plaintiffs relevant. Accordingly, plaintiff's motion to file these materials at this time is DENIED

without prejudice to plaintiffs' right to file these materials at a later time if they become relevant to any motion or other issue then before the Court.

The second motion (Docket Entry No. 63) seeks leave to file a CD containing what is described as the official proceedings held in the United States District Court for the Middle District of Tennessee on June 14, 2012. This filing is unnecessary. The Court has access to the record of all proceedings conducted in the Court, and the parties may cite to such proceedings by case number and date without the necessity of further filings. Therefore, plaintiffs' motion to file the CD of proceedings in this Court is DENIED as unneeded.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge

2